## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

SHAN D. PRATHER,                       )
                                       )
             Plaintiff,                )
                                       )
v.                                     )        Case No. CIV-12-962-R
                                       )
ROSE STATE COLLEGE,                    )
et al.,                                )
                                       )
             Defendants.               )

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered October 31, 2012.  Doc. No. 9.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.   Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED without prejudice to refiling.

IT IS SO ORDERED this 27th day of November, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE